# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

APPOINTMENT TO CRIMINAL
PROCEDURAL RULES COMMITTEE

: No. 489
:
:
: CRIMINAL PROCEDURAL RULES
: DOCKET
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2017, Elliot C. Howsie, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing June 1, 2017.